| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Ashmeen Modikhan<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8044<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Eastern District of New York | Date case filed in chapter: | 13  10/31/19 |
| Case number: 1–19–46591–jmm | Date case converted to chapter: | 7  3/1/21 |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 9/1/21 was filed on 9/3/21.

The following deadlines apply:

The parties have until September 10, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is September 24, 2021.

If a Transcript Redaction Request is filed, the redacted transcript is due October 4, 2021.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 2, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber ADL Transcription Services, Inc. at 6312777900 or you may view the document at the public terminal at the Office of the Clerk.

Dated: September 7, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]