# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 9/7/2021 |
| Case: 1−19−46591−jmm | Form ID: 295 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty      Jeffrey C Chancas      jchancas@borahgoldstein.com
aty      Katherine Heidbrink      bankruptcy@friedmanvartolo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ashmeen Modikhan      94−22 Magnolia Court      Unit 1B      Ozone Park, NY 11417
     MICHELE BONSIGNORE, ESQ.      c/o WOODS OVIATT GILMAN      1900 Bausch & Lomb Place      Rochester, NY 14604
     Ashmeen Modikhan      94−22 Magnolia Court      Unit 1B      Ozone Park, NY 11417

TOTAL: 3