UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

ASHMEEN MODIKHAN,

Debtor.

**ALLEGED DEBTOR'S NOTICE OF INTENT TO APPEAL**

Case No.: 19-46591-jmm
(Chapter 7)

Assigned to:
Hon. Jill Mazer-Marino
Bankruptcy Judge

**Alleged Debtor, Ashmeen Modikhan, files this Notice of Intent to Appeal.**

The ruling and orders by Judge Jil Mazer Marino on August 25, 2022 granting the Trustee Alan Nisselson wrongful proposed settlement of alleged Debtor's personal injury lawsuit, and granting the Trustee's motion opposing alleged Debtor's motion to withdraw from the Chapter 7 proceedings in this court.

DATED: September  02 , 2022

By:

*/s/ Ashmeen Modikhan*

ASHMEEN MODIKHAN

NOTICE OF FILING

- 1 -

# CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing **DEBTOR'S NOTICE OF INTENT TO APPEAL** was electronically mailed to all parties listed in the below with an email address below on this 2nd day of September 2022 and mailed by regular U.S. Mail to all others on the above mailing list on the 2nd day of September 2022:

**Alan Nisselson, Chapter 7 Trustee**
**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, NY 10019
anisselson@windelsmarx.com

**Edmund B. Troya**
**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, NY 10019
etroya@windelsmarx.com

**Chief Judge Alan S Trust**
**Courtroom 960**
**United States Bankruptcy Court**
**Eastern District Court**
**Eastern District of New York**
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722
ast_hearings@nyeb.uscourts.gov

**Darren Aronow, Esq**
**Aronow Law PC**
20 Crossways Park Drive North, Ste. 210
Woodbury NY 11797
*Former Counsel to the Debtor*
Darren@dalawpc.com

Jeffrey C. Chancas
Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
377 Broadway
New York, NY 10013
*Attorneys for Board of Managers of Patchogue Homes Corp. Condominium #2*
jchancas@borahgoldstein.com

Nazar Khodorovsky, Esq.
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Frank Cassisi, Esq.   Tim Tenke, Esq.
Law Office of Frank J. Cassisi, P.C.
155 First Street
Suite 101 Mineola, NY 11501
fcassisi@ccpclaw.com
ttenke@ccpclaw.com

Naomi J. Skura
Lewis Brisbois Bisgaard & Smith LLP
77 Water Street, Suite 2100
New York, NY 10005
Naomi.Skura@lewisbrisbois.com

Courtney R. Williams, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
*Attorneys for Fay Servicing, LLC & Rushmore Loan Management Services, LLC*
cwilliams@grosspolowy.com

NOTICE OF FILING

**Katherine Heidbrink, Esq. Michael L. Carey, Esq.**
FRIEDMAN VARTOLO, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
*Attorneys for Rushmore Loan Management Services, LLC, as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust*
bankruptcy@FriedmanVartolo.com
mcarey@friedmanvartolo.com

**Aleksandra Krasimirova Fugate, Esq.**
WOODS OVIATT GILMAN LLP
500 Bausch & Lomb Place
Rochester, NY 14604
*Attorneys for Rushmore Loan Management Services, LLC, as servicer for U.S. Bank Trust National Association*
afugate@woodsdefaultservices.com

**Nathan Z. Kaufman, Esq.**
**Marianne DeRosa**
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753
*Attorney for Marianne DeRosa, Chapter 13 Trustee*
DeRosa@ch13mdr.com

**Steven Amshen**
**Petroff Amshen, LLP**
1795 Coney Island Avenue, 3rd Floor
Brooklyn, NY 11230
*Counsel for Hanin R. Shadood*
bankruptcy@lawpetroff.com

**Andrea M. Roberts**
**Blank Rome LLP**
1271 Avenue of Americas
New York, NY 10174
Counsel for Fay Servicing, LLC
aroberts@blankrome.com

NOTICE OF FILING

- 4 -

**Krista M. Preuss**
**Chapter 13 Trustee**
100 Jericho Quadrangle, Suite 127
Jericho, NY 11753
info@ch13edny.com

**Jonathan M. Robbin & Jacquelyn A DiCicco, Esq.**
**J. Robbin Law PLLC**
200 Business Park Drive, Suite 103
Armonk, NY 10504
*Attorneys for Rushmore Loan Management Services, LLC*
*Jonathan.robbin@jrobbinlaw.com*
*Jacquelyn.dicicco@jrobbinlaw.com*

**Nicolas John Bebirian & Marie Theresa Nicholson**
**Gross Polowy, LLC**
900 Merchant's Concourse, Suite 201
Westbury, NY 11590
*nbebirian@grosspolowy.com*
*mnichlson@grosspolowy.com*

**Office of the United States Trustee**
**Eastern District of New York (Brooklyn Office)**
201 Varick Street, Suite 1006
New York, NY 10014
*USTPRegion02@BR.ECF@usdoj.gov*

**Marylou Martin, Esq.**
**Assistant US Trustee**
201 Varick Street, Suite 1006
New York, NY 10014
*Marylou.Martin@usdoj.gov*

**Capital One Bank (USA), N.A.**
**by American InfoSource as agent**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

NOTICE OF FILING

- 5 -

**U.S. Bank National Association**
c/o Rushmore Loan Management Services, LLC
15480 Laguna Canyon Road, Suite 100
Irvine, CA 92618

**Rushmore Loan Management Services**
P.O. Box 55004
Irvine, CA 92619-2708

**Rushmore Loan Management Services LLC**
15480 Laguna Canyon Road
Irvine, CA 92618

**BAC Home Loan Servicing**
PO Box 660694
Dallas TX 75266-0694

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Real Time Resolutions, Inc.**
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

**BAC Home Loans Servicing**
PO Box 15222
Wilmington DE 19886-5222

**Best Egg**
Cross River Bank
885 Teaneck Road
Teaneck NJ 07666-4546

**Barclay**
PO BOX 13337
Philadelphia PA 19101- 3337

NOTICE OF FILING

- 6 -

| | |
|---|---|
| 1 | **Bestegg Resurgent** |
| 2 | Capital Services. |
|  | PO BOX 10587 |
| 3 | Greenville, SC 29603-0587 |
| 4 | |
| 5 | **Capital One** |
|  | 7933 Preston Road |
| 6 | Plano, TX 75024-2359 |
| 7 | |
|  | **Capital One Bank USA N.A.** |
| 8 | PO Box 30281 |
| 9 | Salt Lake City, UT 84130-0281 |
| 10 | |
|  | **Internal Revenue Service** |
| 11 | **Centralized Insolvency Operations** |
|  | PO Box 7346 |
| 12 | Philadelphia, PA 19101-7346 |
| 13 | |
| 14 | **Brown and Joseph** |
|  | **LTD MetLife Disability Offset** |
| 15 | PO Box 59838 |
| 16 | Schaumburg, IL 60159-0838 |
| 17 | |
|  | **Capital One Bank (USA), N.A.** |
| 18 | **by American InfoSource as agent** |
|  | PO Box 71083 |
| 19 | Charlotte, NC 28272-1083 |
| 20 | |
| 21 | **First Service Residential Cam  (New York)** |
|  | **c/o Patchogue Home Condominium II** |
| 22 | 622 3rd Avenue 15th Floor |
| 23 | New York, NY 10017-6710 |
| 24 | |
|  | **First Service Residential Cam  (New York)** |
| 25 | **c/o Patchogue Home Condominium II** |
|  | P.O.Box 302 |
| 26 | Emerson, NY 07630 |
| 27 | |
| 28 | |

NOTICE OF FILING

1  **JetBlue Card**
PO Box 13337
Philadelphia, PA 19101-3337

**Magnolia Court Condo**
**c/o Grant Management Services**
One Plaza Road Suite 101
Greenvale, NY 11548-1027

**Grant Management Services**
**c/o Magnolia Court Condominiums**
One Plaza Road Suite 101
Greenvale, NY 11548-1027

**Brown and Joseph LTD**
**MetLife Disability Offset**
PO Box 59838
Schaumburg, IL 60159- 0838

**Mordente Law Firm LLC**
160-29 Union Turnpike
Fresh Meadows, NY 11366-1937

**Nationstar Mortgage LLC**
PO Box 619098
Dallas, TX 75261-9098

**Shapiro, Dicaro & Barak**
250 Mile Crossing Blvd
Suite One
Rochester, NY 14624-6242

**Office of the United States Trustee**
**Eastern District of NY (Brooklyn Office)**
**U.S. Federal Office Building**
201 Varick Street, Suite 1006
New York, NY 10014

NOTICE OF FILING

Marguerite A. Grays
**Administrative Judge Civil Team**
**Eleventh Judicial District**
Queens County Supreme Court
88-11 Sutphin Boulevard
Jamaica, NY 11435
QSCPART4@NYcourts.gov

Letitia James, Attorney General of New York
**Office of the Attorney General**
The Capitol
Albany, NY 12224-0341

**Letitia James**
**Attorney General (State of New York)**
28 Liberty Street
New York, NY 10005
letitia.james@ag.ny.gov

**Melinda Katz, District Attorney of Queens**
125-01 Queens Blvd
Kew Gardens, NY 11415

_____       09/02/2022
Ashmeen Modikhan                             Date
94-22 Magnolia Court, Unit 1B
Ozone Park, NY 11753
Pro Se Debtor

NOTICE OF FILING