UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

...................................................................................X

In re:

ASHMEEN MODIKHAN,

Debtor.

Chapter 7
Case No.: 19-46591-jmm

...................................................................................X

ASHMEEN MODIKHAN,

Plaintiff,

v.

DARROW ARONOW, ESQ., HANIN R. SHADOOD, COURTNEY R. WILLIAMS, ESQ., FAY SERVICING LLC, RUSHMORE LOAN MANAGEMENT SERVICES, INC., MARIANNE DEROSA, THE UNITED STATES OF AMERICA, DOES 1-100 INCLUSIVE

Defendants.

Adv. Pro. No: 21-01009-jmm

...................................................................................X

## NOTICE OF MOTION

To ALL Defendants and to ALL Attorneys of Record:

PLEASE TAKE NOTICE that a hearing before the Honorable Jil Mazer- Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on **February 14 2023,** at **10:00 am** or soon thereafter on the motion filed by Plaintiff seeking an Order for relief from this Court's judgment issued on August 25, 2022, and September 1, 2022, which orders granted the Trustee Alan Nisselson's wrongful proposed settlement of Debtor's personal injury lawsuit and granted the Trustee's opposition to Debtor's motion to withdraw from the Chapter 7 proceedings. Debtor further prays for any such other and further relief as this Court deems just and proper. This Motion for Relief from Judgment will be based on the grounds that there has been extrinsic fraud, which has impeded the just prosecution of the case. Further, the judgment is void since it was based on fraud.

The motion will be based on this Notice of Motion, the points, arguments, and authorities in support of the Motion, on the records and file herein, and on such evidence as may be presented at the hearing of the motion.

Respectfully submitted,

Date: 12/30/2022

Ashmeen Modikhan
94-22 Magnolia Court, Unit 1B
Ozone Park, NY 11417
Pro Se Debtor

**CERTIFICATE OF SERVICE**

I, certified that a copy of the foregoing **MOTION FOR RELIEF FROM JUDGMENT will be served** via electronic mail on this 30th Day of December 2022 to the parties listed below:

**United States of America, Defendant**
**Ekta R. Dharia**
Assistant U.S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Ekta.dharia@usdoj.gov

**Shana C. Priore**
United States Attorney
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Shana.C.priore@usdoj.gov

**Sean P. Greene**
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Sean.greene@usdoj.gov

**U.S. Trustee**
Office of the United States Trustee
Eastern District of New York (Brooklyn Office)
201 Varick Street, Suite 1006
New York, NY 10014
USTPRegion02.BR.ECF@usdoj.gov

**Alan Nisselson, Chapter 7 Trustee**
**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, NY 10019
anisselson@windelsmarx.com

**Edmund B. Troya**
**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, NY 10019
etroya@windelsmarx.com\

**Chief Judge Alan S Trust**
**Courtroom 960**
**United States Bankruptcy Court**
**Eastern District Court**
**Eastern District of New York**
Alfonse M. D'Amato Federal Courthouse
290 Federal Plazas
Central Islip, NY 11722
ast_hearings@nyeb.uscourts.gov

**Darren Aronow, Esq**
**Aronow Law Firm P.C.**
20 Crossways Park Drive North, Ste. 210
Woodbury, NY 11797
*Former Counsel to the Debtor*
Darren@dalawpc.com

**Jeffrey C. Chancas**
**Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.**
377 Broadway
New York, NY 10013
*Attorneys for Board of Managers of Patchogue Homes Corp. Condominium #2*
jchancas@borahgoldstein.com

**Nazar Khodorovsky, Esq.**
**Office of the Untied States Trustee**
**Eastern District of NY (Brooklyn Office)**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
nazar.khodorovsky@usdoj.gov

**Frank Cassisi, Esq. Tim Tenke, Esq.**
**Law Office of Frank J. Cassisi, P.C.**
155 First Street
Suite 101, Mineola, NY 11501
fcassisi@ccpclaw.com
ttenke@ccpclaw.com

**Naomi J. Skura**
**Lewis Brisbois Bisgaard & Smith LLP**
77 Water Street, Suite 2100
New York, NY 10005
Naomi.Skura@lewisbrisbois.com

**Courtney R. Williams, Esq.**
**Gross Polowy, LLC**
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
*Attorneys for Fay Servicing, LLC & Rushmore Loan Management, LLC*
cwilliams@grospolowy.com

**Katherine Heidbrink, Esq. Michael L. Carey, Esq.**
**FRIEDMAN VARTOLO, LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
*Attorneys for Rushmore Loan Management Services, LLC, as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust*
bankruptcy@FriedmanVartolo.com
mcarey@friedmanvartolo.com

**Aleksandra Krasimirova Fugate, Esq.**
**WOODS OVIATT GILMAN LLP**
500 Bausch & Lomb Place
Rochester, NY 14604
*Attorneys for Rushmore Loan Management Services, LLC, as servicer for U.S. Bank Trust National Association*
afugate@woodsdefaultservices.com

**Nathan Z. Kaufman, Esq.**
**Marianne DeRosa**
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753
*Attorney for Marianne DeRosa, Chapter 13 Trustee*
DeRosa@ch13mdr.com

**Steven Amshen**
**Petroff Amshen, LLP**
1795 Coney Island Ave, 3rd Floor
Brooklyn, NY 11230
*Counsel for Hanin Shadood*
bankruptcy@lawpetrof.com

**Andrea M Roberts**
**Blank Rome LLP**
1271 Avenue of Americas
New York, NY 10174
*Counsel for Fay Servicing, LLC*
aroberts@blankrome.com

**Krista M Preuss**
**Krista M. Preuss, Chapter 13 Trustee**
100 Jericho Quadrangle, Ste 127
Jericho, NY 11753
info@ch13edny.com

**Jonathan M. Robbin & Jacqueline A. DiCicco, Esq.**
**J. Robbin Law PLLC**
200 Business Park Drive, Ste 103
Armonk, NY 10504
*Counsel for Rushmore Loan Management Services, Inc.*
Jonathan.robbin@jrobbinlaw.com
Jacqueline.dicicco@jrobbinlaw.com

**Nicolas John Bebirian & Marie Theresa Nicholson**
**Gross Polowy, LLC**
900 Merchant's Concourse, Suite 201
Westbury, NY 11590
nbebirian@grosspolowy.com
mnichlson@grosspolowy.com

**Office of the United States Trustee**
**Eastern District of New York (Brooklyn Office)**
201 Varick Street, Suite 1006
New York, NY 10014
USTPRegion02@BR.ECF@usdoj.gov

**Marylou Martin, Esq.**
**Assistant US Trustee**
201 Varick Street, Suite 1006
New York, NY 10014
Marylou.Martin@usdoj.gov

**Letitia James**
**Attorney General (State of New York)**
28 Liberty Street
New York, NY 10005
Letitia.james@ag.ny.gov

**Melinda Katz, District Attorney of Queens**
**Michael Albanesi**
125-01 Queens Blvd
Kew Gardens, NY 11415
malbanesi@queensda.org

DATE: 12/30/2022

Ashmeen Modikhan
94-22 Magnolia Court, Unit 1B
Ozone Park, NY 11417
Pro Se Debtor